# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:

|   |   |   |   |
|---|---|---|---|
| Lauren E. Barry | : | Case No. 11-61403 |
|   | : | Chapter 13 |
|   | : |   |
| Debtor. | : | Judge Preston |

## NOTICE OF CHANGE OF ADDRESS

Debtor, Lauren Barry, through counsel hereby notifies all parties of her change of address to:

1470 S Quebec Way #162 Denver, CO 80231

Date: 7/30/2015

Respectfully submitted,

/s/ Robert J. Leon

Robert J. Leon (0078077)
Attorney for Debtor(s)
470 Olde Worthington Road, Ste 200
Westerville, OH  43082
(614) 410-6637 Telephone
(614) 467-4461 Fax
bankruptcycourt@rjleonlaws.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing was served by ordinary US mail and/or electronically as permitted by the rules, upon the following parties on this 30th day of July, 2015.

    /s/ Robert J. Leon

Robert J. Leon (0078077)
Attorney for Debtor(s)
470 Olde Worthington Road, Ste 200
Westerville, OH  43082
(614) 410-6637 Telephone
(614) 467-4461 Fax
bankruptcycourt@rjleonlaws.com

**Served Electronically To:**

Frank M Pees
Standing Chapter 13 Trustee
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085


Office of the United States Trustee
170 N. High Street, Ste 200
Columbus, OH  43215

Robert J. Leon
Attorney for Debtor(s)
470 Olde Worthington Road, Ste 200
Westerville, OH  43082